*Form 167* (1/25)–doc 131 – 130

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| B AND C BROS, LLC | ) | Case No. 23–10986–amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 11 |
| | ) | |
| | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of REGARDING DEBTORS PAYMENT OF SUBCHAPTER V TRUSTEE FEES Filed by
HOLLY SMITH MILLER, ESQ. on behalf of HOLLY SMITH MILLER, ESQ.

on: 5/27/26

at: 12:30 PM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: May 20, 2026

For The Court

Mohung Wong
Clerk of Court