United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 23-10986-amc

B AND C BROS, LLC                                                         Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2026 | Form ID: 167 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | B AND C BROS, LLC, 328 E. Main Street, Tuckerton, NJ 08087-2065 |
| aty | + | Center City Law Offices, LLC, c/o Maggie S. Soboleski, Esquire, 2705 Bainbridge Street, Philadelphia, PA 19146-1019 |
| acc | + | Thomas Albert, Albertjohn DePalantino & Company, P.C., 19 Short Road, Doylestown, PA 18901-3212 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026                              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George M Conway, III | on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com |
| HOLLY SMITH MILLER, ESQ. | on behalf of Trustee HOLLY SMITH MILLER  ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com  chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| LESLIE BETH BASKIN | |

District/off: 0313-2        User: admin        Page 2 of 2

Date Rcvd: May 20, 2026        Form ID: 167        Total Noticed: 3

on behalf of Mediator Leslie Beth Baskin lbaskin@sgrvlaw.com  klove@sgrvlaw.com

**LESLIE BETH BASKIN**

on behalf of Leslie Beth Baskin (Mediator) lbaskin@sgrvlaw.com  klove@sgrvlaw.com

Leslie Beth Baskin (Mediator)

lbaskin@sgrvlaw.com

**MAGGIE S SOBOLESKI**

on behalf of Debtor B AND C BROS  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

**MAGGIE S SOBOLESKI**

on behalf of Plaintiff B AND C BROS  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

**PAUL H. YOUNG**

on behalf of Defendant KNIGHTS CONSTRUCTION  INC. support@ymalaw.com,
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 167* (1/25)–doc 131 – 130

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   B AND C BROS, LLC | ) | Case No. 23–10986–amc |
| | ) | |
| | ) | |
|   Debtor(s). | ) | Chapter: 11 |
| | ) | |
| | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of REGARDING DEBTORS PAYMENT OF SUBCHAPTER V TRUSTEE FEES Filed by
HOLLY SMITH MILLER, ESQ. on behalf of HOLLY SMITH MILLER, ESQ.

on: 5/27/26

at: 12:30 PM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: May 20, 2026

For The Court

Mohung Wong
Clerk of Court