**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                      :
                                                            :          Chapter 11
B AND C BROTHERS, LLC                                       :
            Debtor.                                         :          Case No. 23-10986 (AMC)
                                                            :          Hearing Date:  5/27/26 at 12:30 PM
                                                            :          Place:  Nix Courtroom #4
_____

**ORDER DENYING MOTION TO RECONSIDER DISMISSAL OF CASE**

AND  NOW,  this _____28th_____ day of ____May_____, 2026, upon  consideration  of

*Debtors' Motion for Reconsideration Dismissal of Case,* it is hereby ORDERED and DECREED that

the Debtors' Motion is hereby **DENIED** for the reasons stated on the record.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE