United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 23-10986-amc

B AND C BROS, LLC                                                                    Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                             User: admin                                    Page 1 of 2

Date Rcvd: May 28, 2026                      Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | B AND C BROS, LLC, 328 E. Main Street, Tuckerton, NJ 08087-2065 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George M Conway, III | on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com  chsm11@trustesolutions.net |
| HOLLY SMITH MILLER, ESQ. | on behalf of Trustee HOLLY SMITH MILLER  ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| LESLIE BETH BASKIN | on behalf of Mediator Leslie Beth Baskin lbaskin@sgrvlaw.com  klove@sgrvlaw.com |

District/off: 0313-2                                 User: admin                                     Page 2 of 2

Date Rcvd: May 28, 2026                         Form ID: pdf900                          Total Noticed: 1

LESLIE BETH BASKIN

        on behalf of Leslie Beth Baskin (Mediator) lbaskin@sgrvlaw.com  klove@sgrvlaw.com

Leslie Beth Baskin (Mediator)

        lbaskin@sgrvlaw.com

MAGGIE S SOBOLESKI

        on behalf of Debtor B AND C BROS  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MAGGIE S SOBOLESKI

        on behalf of Plaintiff B AND C BROS  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

PAUL H. YOUNG

        on behalf of Defendant KNIGHTS CONSTRUCTION  INC. support@ymalaw.com,
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :      Chapter 11
                                                :
B AND C BROTHERS, LLC                           :
        Debtor.                                 :      Case No. 23-10986 (AMC)
                                                :      Hearing Date:  5/27/26 at 12:30 PM
                                                :      Place:  Nix Courtroom #4

_____

### ORDER DENYING MOTION TO RECONSIDER DISMISSAL OF CASE

AND NOW, this _____28th_____ day of _____May_____, 2026, upon consideration of

*Debtors' Motion for Reconsideration Dismissal of Case,* it is hereby ORDERED and DECREED that

the Debtors' Motion is hereby **DENIED** for the reasons stated on the record.


BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE