**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 23-10986-AMC |
| B AND C BROS, LLC | § | |
| | § | |
| | § | |
| Debtor | | |

---

**CHAPTER 11 SUBCHAPTER V TRUSTEE'S FINAL REPORT AND ACCOUNT OF NO DISTRIBUTION**

Holly S. Miller, chapter 11 trustee appointed under 11 U.S.C. § 1183(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1183(b)(1). The trustee declares under penalty of perjury as follows:

**Case Disposition:**

No plan payments were made to the trustee. The case was confirmed non-consensually on 11/20/2023. The case was dismissed before the plan was substantially consummated.

**Key Information:** (as reported in schedules filed by the debtor(s) or otherwise found in the case record)

1) This case has been pending for 41 months.

2) Assets Abandoned (without deducting any secured claims): NA

3) Assets Exempt: $0.00

4) Claims Scheduled: $0.00

5) Claims Asserted: Not Available.

6) Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $0.00

**Trustee Compensation:**

The Court did award compensation pursuant to 11 U.S.C. § 330(a). The compensation was awarded on 05/04/2026. The amount of the awarded compensation totaled $9,997.70. The awarded compensation has been paid by the debtor to the trustee. The compensation was paid to me on 09/01/2026 and was paid in full.

I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: 9/3/2026

By: /s/Holly S. Miller
Trustee